Form NTCTRCLM−HN028 (12/09)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br><br>**Francis T. Lewis Jr.**<br>3100 Boot Lane SE<br>Caledonia, MI 49316<br>SSN: xxx−xx−8917<br>**Linda M. Lewis**<br>3100 Boot Lane SE<br>Caledonia, MI 49316<br>SSN: xxx−xx−0431<br><br>**Debtor(s)** | **Case Number 10−08912−jrh**<br><br>**Chapter 13**<br><br>**Honorable Jeffrey R. Hughes** |

# NOTICE OF TRANSFER OF CLAIM

**Please take notice that** a Notice of Transfer of Claim has been filed claiming all rights and interest in the below−referenced claim which was filed by you;

Claim No.: 9 filed on 12/28/10 .

Name & Address of Transferor:
GMAC Mortgage, LLC. attn: Mail Code 507−345−110
3451 Hammond Avenue
Waterloo, IA 50702

Name & Address of Transferee:
Real Time Resolutions, Inc.
1750 Regal Row
Suite 120
P.O. Box 75235
Dallas, TX 75235

If you object to this transfer, you must file, within 21 days of the date of this notice, an objection with the court at the address of the Clerk's Office which is stated below, citing the reasons for the objection. If no objection is timely filed, the claim will be deemed transferred.

All documents filed in this case are imaged and available on the Internet through PACER for a fee. Information concerning registration for PACER can be found on the court's web page at: **www.miwb.uscourts.gov**

**Dated: December 30, 2010**

**Address of the Bankruptcy Clerk's Office:**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

Clerk of the Bankruptcy Court:
**DANIEL M. LAVILLE**

Served upon appropriate parties: December 30, 2010